UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 09-CR-106 (JR) |
| v. | |
| | Trial: May 25, 2010 |
| BRANDON LAUREYS, | |
| Defendant. | |

**FILED MAY 27 2010** Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

## JURY VERDICT FORM

### Count One

On the charge of Attempted Coercion and Enticement of a Minor, we unanimously find the defendant Brandon Laureys:

\_\_\_\_ Not Guilty          **X** Guilty

### Count Two

On the charge of Travel with Intent to Engage in Illicit Sexual Conduct, we unanimously find the defendant Brandon Laureys:

\_\_\_\_ Not Guilty          **X** Guilty

**If you have found defendant Brandon Laureys Guilty of Count One or Two, <u>or both</u> Counts One and Two, continue on to consider Count Three.**

## Count Three

A.   If you have found defendant Brandon Laureys guilty of Count One, you must determine the following:

At the time of the offense, defendant Brandon Laureys (was) or was not (circle one) required to register as a sex offender.

B.   If you have found defendant Brandon Laureys guilty of Count Two, you must determine the following:

At the time of the offense, defendant Brandon Laureys (was) or was not (circle one) required to register as a sex offender.

_____  
FOREPERSON  
Signature and Badge #

May 27, 2010  
Date